[Cite as *State v. Campbell*, 2026-Ohio-2606.]

# COURT OF APPEALS OF OHIO

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

| | | |
|---|---|---|
| STATE OF OHIO, | : | |
| Plaintiff-Appellee, | : | |
| | | Nos. 115344 and 115762 |
| v. | : | |
| RAY CAMPBELL, JR., | : | |
| Defendant-Appellant. | : | |

JOURNAL ENTRY AND OPINION

**JUDGMENT:** VACATED AND REMANDED
**RELEASED AND JOURNALIZED:** July 9, 2026

Criminal Appeal from the Cuyahoga County Court of Common Pleas
Case Nos. CR-22-675451-B and CR-22-675452-B

*Appearances:*

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Marco Tanudra, Assistant Prosecuting Attorney, *for appellee*.

Scott J. Friedman, *for appellant*.

EILEEN A. GALLAGHER, J.:

{¶ 1} Ray Campbell, Jr. ("Campbell") appeals his convictions and sentences in three cases.

{¶ 2} Specifically, Campbell asserts the following:

**Assignment of Error No. 1:**

The trial court erred when it accepted the Appellant's guilty plea in case numbers CR-24-691741, CR-24-691671, and CR-24-693749, without informing the Appellant that if he proceeded to trial, he could not be compelled to testify against himself, and that he waives that right by entering a guilty plea.

**Assignment of Error No. 2:**

The trial court abused its discretion by denying a competency evaluation requested by the defense counsel, despite evidence suggesting that the Appellant was not competent.

{¶ 3} Upon review of the record, we find that the trial court did fail to advise Campbell of all of the rights which he would waive by entering a plea of guilty and, in light of the State of Ohio's concession to assignment of error No. 1, we vacate his convictions and remand this case to the trial court for further proceedings, consistent with this opinion.

{¶ 4} In light of the disposition of Campbell's first assignment of error, the second assignment of error is rendered moot.

{¶ 5} Judgment is vacated and case remanded to the lower court for further proceedings consistent with this opinion.

The court finds there were reasonable grounds for this appeal.

It is ordered that a special mandate issue out of this court directing the Cuyahoga County Common Pleas Court to carry this judgment into execution.

A certified copy of this entry shall constitute the mandate pursuant to Rule 27 of the Rules of Appellate Procedure.

_____
EILEEN A. GALLAGHER, JUDGE

EILEEN T. GALLAGHER, P.J., and
EMANUELLA D. GROVES, J., CONCUR